Matthew I. Knepper, Esq.
Nevada Bar No. 12796
KNEPPER LITIGATION LLC
5502 S. Fort Apache Rd, Suite 200
Las Vegas, NV 89148
Phone: (702) 660-4228
Email: matt@knepperlitigation.com

*Withdrawing Counsel for*
*Plaintiff Guillermina Barradas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUILLERMINA BARRADAS,<br><br>Plaintiff,<br><br>v.<br><br>SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUB,<br><br>Defendant. | Case No. 2:19-cv-02036-CDS-DJA<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Complaint filed November 25, 2019<br><br>Hon. Judge Cristina D. Silva |

**TO: ALL PARTIES OF INTEREST AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Matthew I. Knepper, Esq., is hereby disassociated from the law firm Knepper & Clark LLC now known as the Law Offices of Miles N. Clark, LLC in the above-entitled action and thus is no longer counsel of record for Plaintiff Guillermina Barradas ("Plaintiff"). Accordingly, Mr. Knepper moves to be withdrawn as Plaintiff's counsel of record and from the service list for this case.

//

//

//

//

//

KNEPPER LITIGATION LLC
ATTORNEYS AT LAW
5502 S Fort Apache Road
Suite 200
Las Vegas, NV 89148
(702) 660-4228

Plaintiff shall continue to be represented by Miles N. Clark, Esq. of the Law Offices of Miles N. Clark, LLC.

Respectfully Submitted on: January 27, 2023.

**KNEPPER LITIGATION LLC**

*/s/ Matthew I. Knepper*
Matthew I. Knepper, Esq.,
Nevada Bar No. 12796
5502 S. Fort Apache Road, Suite 200
Las Vegas, NV 89148
Email: matt@knepperlitigation.com

*Withdrawing Counsel for Plaintiff Guillermina Barradas*

**IT IS SO ORDERED**.

DATED: January 30, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

KNEPPER LITIGATION LLC
ATTORNEYS AT LAW
5502 S FORT APACHE ROAD
SUITE 200
LAS VEGAS, NV 89148
(702) 660-4228

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2023, I caused a true and accurate copy of the foregoing document **MOTION TO WITHDRAW AS COUNSEL OF RECORD** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to all interested parties.

/s/ *Lucille Chiusano*
An employee of KNEPPER LITIGATION LLC