Stacy H. Rubin, Esq.
Nevada Bar No. 9298
E-mail: srubin@nevadafirm.com
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308

Withdrawing Counsel for Defendant
Smith-Palluck Associates Corp., *d/b/a*
Las Vegas Athletic Clubs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUILLERMINA BARRADAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SMITH-PALLUCK ASSOCIATES CORP. d/b/a<br>LAS VEGAS ATHLETIC CLUB,<br><br>　　　　　Defendant. | Case No. 2:19-cv-02036-CDS-DJA<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

**TO ALL PARTIES OF INTEREST AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Stacy H. Rubin, Esq., is no longer associated with the law firm Ballard Spahr LLP and thus is no longer counsel of record in the above-entitled action for Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("Defendant"). Accordingly, Ms. Rubin moves to be withdrawn as Defendant's counsel of record and from the service list for this case.

Defendant shall continue to be represented by Joel E. Tasca, Esq., of Ballard Spahr LLP.

DATED: January 30, 2023.

**IT IS SO ORDERED**.

DATED: January 30, 2023

[signature]

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

14870-01/2886799.docx

Respectfully submitted,

/s/ Stacy H. Rubin
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
Withdrawing Counsel for Defendant
Smith-Palluck Associates Corp., *d/b/a*
Las Vegas Athletic Clubs

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 30, 2023, I caused a true and accurate copy of the foregoing document MOTION TO WITHDRAW AS COUNSEL OF RECORD to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to all interested parties.

                                             /s/ Stacy H. Rubin

14870-01/2886799.docx