Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Rd, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855
Email: smiller@kriegerlawgroup.com

George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: Ghaines@freedomlegalteam.com

*Counsel for Plaintiff*
*Guillermina Barradas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUILLERMINA BARRADAS,<br><br>Plaintiff,<br><br>v.<br><br>SMITH-PALLUCK ASSOCIATES CORP.,<br>d/b/a LAS VEGAS ATHLETIC CLUB,<br><br>Defendant. | Case No. 2:19-cv-02036-CDS-DJA<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUB, WITH PREJUDICE**<br><br>Complaint filed: November 25, 2019<br><br>Assigned to Hon. Judge Cristina D. Silva |

PLEASE TAKE NOTICE that there are no longer any issues in this matter between

Plaintiff Guillermina Barradas and Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Club

("LVAC"), to be determined by this Court. Plaintiff and LVAC hereby stipulate that all claims and causes of action that were or could have been asserted against LVAC are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

**IT IS SO STIPULATED.**
DATED: February 3, 2023.

| LAW OFFICES OF MILES N. CLARK, LLC | BALLARD SPAHR, LLP |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Joel E. Tasca* |
| Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: miles@milesclarklaw.com | Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Email: tasca@ballardspahr.com |
| **KRIEGER LAW GROUP, LLC**<br>Shawn W. Miller, Esq.<br>Nevada Bar No. 7825<br>5502 S. Fort Apache Rd, Suite 200<br>Las Vegas, NV 89148<br>Email: smiller@kriegerlawgroup.com | *Counsel for Defendant*<br>*Smith-Palluck Associates Corp.,*<br>*d/b/a Las Vegas Athletic Clubs* |
| **FREEDOM LAW FIRM**<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: Ghaines@freedomlegalteam.co | |
| *Counsel for Plaintiff*<br>*Guillermina Barradas* | |

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUB, WITH PREJUDICE

**IT IS SO ORDERED. IT IS FURTHER ORDERED** that the status hearing set on February 6, 2023, at 1:30 p.m. is vacated. The Clerk of Court is directed to close this case.

DATED: ___February 6___, 2023

_____
U.S. DISTRICT JUDGE

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system

LAW OFFICES OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430
www.milesclarklaw.com

2 of 2